# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  REESTABLISHMENT OF THE | : | NO.  503 |
| MAGISTERIAL DISTRICTS WITHIN THE | : | |
| 59th JUDICIAL DISTRICT OF THE | : | MAGISTERIAL RULES DOCKET |
| COMMONWEALTH OF PENNSYLVANIA | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 14th day of July 2022, upon consideration of the Petition to Reestablish the Magisterial Districts of the 59th Judicial District (Cameron and Elk Counties) of the Commonwealth of Pennsylvania, it is hereby ORDERED AND DECREED that the Petition, which provides for the reestablishment of the Magisterial District 59-3-01 within Cameron County as it currently exists, to be effective immediately, is granted.  It is further ORDERED AND DECREED that the Petition, which also provides for the reestablishment of the Magisterial Districts 59-3-02 and 59-3-03 within Elk County as they currently exist, to be effective immediately, is granted.

Said Magisterial Districts will be reestablished as follows:

| | |
|---|---|
| Magisterial District 59-3-01 | Driftwood Borough |
| Magisterial District Judge Barry D. Brown, II | Emporium Borough |
| | Gibson Township |
| | Grove Township |
| | Lumber Township |
| | Portage Township |
| | Shippen Township |

Magisterial District 59-3-02                        Highland Township
Magisterial District Judge James L. Martin           Horton Township
                                                     Johnsonburg Borough
                                                     Jones Township
                                                     Millstone Township
                                                     Ridgway Borough
                                                     Ridgway Township
                                                     Spring Creek Township


Magisterial District 59-3-03                        Benezette Township
Magisterial District Judge Mark S. Jacob             Fox Township
                                                     Jay Township
                                                     Saint Marys City